IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT ALAN BEAUDRY                                                              PLAINTIFF

        v.                    Civil No. 06-5028

BENTON COUNTY JAIL, et al.                                        DEFENDANTS

**O R D E R**

Now pending before the court are three motions (Docs. 11, 12, 13) from plaintiff requesting court orders to compel defendants to (1) make plaintiff a trustee at the Benton County Detention Center (Doc. 11), (2) permit plaintiff to shave every two days as he desires (Doc. 12), and (3) permit plaintiff access to the law library.

A review of the docket reflects that plaintiff is no longer incarcerated, therefore these motions are moot. Plaintiff's motions (Docs. 11, 12, 13) are denied as moot.

IT IS SO ORDERED this 19th day of June 2006.

                                                     **/s/ Beverly Stites Jones**
                                                     _____
                                                     HON. BEVERLY STITES JONES
                                                     UNITED STATES MAGISTRATE JUDGE