IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY                                                                                    PLAINTIFF

v.                                          Civil No. 06-5028

SHERIFF KEITH FERGUSON, CAPTAIN
HUNTER PETRAY, LT. CARTER, SGT. C.
NANCE, SGT. SHARP, DEPUTY TOMLIN,
CORPORAL PLVIT, DEPUTY BRYSON,
DEPUTY GREENLEE, DEPUTY LARKIN,
DEPUTY BROWN, DEPUTY HERNANDEZ,
DEPUTY FREE, CORPORAL DRAGAVICH,
DEPUTY PAUL, DEPUTY ELBEN,
SGT. FAULKENBURY, JOHN DOE, and JANE DOE                              DEFENDANTS

## ORDER

On August 16, 2006, defendants filed a motion to quash service of process on behalf of Corporal Plvit. (Doc. 33). Defendants allege that service upon this defendant at the Benton County Detention Center is not proper because no one by the name of Corporal Plvit is currently employed by nor has ever been employed by Benton County.

We hereby grant the defendants' motion to quash service of process on Corporal Plvit.

IT IS SO ORDERED this 19th day of October 2006.

                                                    /s/ Beverly Stites Jones
                                                    UNITED STATES MAGISTRATE JUDGE