IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY  PLAINTIFF

V.  Case No. 06-5028

SHERIFF KEITH FERGUSON,
CAPT. HUNTER PETRAY, LT.
CARTER, SGT. C. NANCE, SGT.
SHARP, DEPUTY TOMLIN, CPL.
PLVIT, DEPUTY BRYSON, DEPUTY
DEPUTY GREENLEE, DEPUTY LARKIN,
DEPUTY BROWN, DEPUTY HERNANDEZ,
DEPUTY FREE, CPL. DRAGAVICH, DEPUTY
PAUL, DEPUTY ELBEN, SGT. FAULKENBURY,
JOHN DOE, AND JANE DOE  DEFENDANTS

**ORDER**

On November 15, 2006, defendants filed a motion to compel answers to discovery requests (Doc. 37). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on August 15, 2006. Defendants further contend that additional correspondence regarding plaintiff's past-due discovery responses was sent on October 25, 2006. However, to date, defendants state they have not received plaintiff's responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests by **5:00 p.m. on December 15, 2006.**

IT IS SO ORDERED this 16th day of November 2006.

                                            /s/ Beverly Stites Jones
                                            HON. BEVERLY STITES JONES
                                            UNITED STATES MAGISTRATE JUDGE