IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY                                                                                         PLAINTIFF

V.                                          Case No. 06-5028

SHERIFF KEITH FERGUSON,
CAPT. HUNTER PETRAY, LT.
CARTER, SGT. C. NANCE, SGT.
SHARP, DEPUTY TOMLIN, CPL.
PLVIT, DEPUTY BRYSON, DEPUTY
DEPUTY GREENLEE, DEPUTY LARKIN,
DEPUTY BROWN, DEPUTY HERNANDEZ,
DEPUTY FREE, CPL. DRAGAVICH, DEPUTY
PAUL, DEPUTY ELBEN, SGT. FAULKENBURY,
JOHN DOE, AND JANE DOE                                                                 DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before January 2, 2007. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 17th day of November 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE