IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY                                                                         PLAINTIFF

V.                                        Case No. 06-5028

SHERIFF KEITH FERGUSON,
CAPT. HUNTER PETRAY, LT.
CARTER, SGT. C. NANCE, SGT.
SHARP, DEPUTY TOMLIN, CPL.
PLVIT, DEPUTY BRYSON, DEPUTY
DEPUTY GREENLEE, DEPUTY LARKIN,
DEPUTY BROWN, DEPUTY HERNANDEZ,
DEPUTY FREE, CPL. DRAGAVICH, DEPUTY
PAUL, DEPUTY ELBEN, SGT. FAULKENBURY,
JOHN DOE, AND JANE DOE                                                        DEFENDANTS

**ORDER**

By order entered on November 16, 2006, this court directed plaintiff to respond to the defendants' discovery requests by 5:00 p.m. on December 15, 2006. (Doc. 39). On December 22, 2006, the defendants filed a motion to dismiss, stating that plaintiff had failed to file the court ordered responses. (Doc. 41, 42). Accordingly, the plaintiff is hereby directed to show cause by **January 12, 2007,** why his suit should not be dismissed.

Further, because plaintiff's discovery responses have not yet been provided, the defendants are hereby given until **February 2, 2007,** to file their motion for summary judgment.

**The clerk is directed** to mail a copy of this order to the plaintiff at 54 Beaudry Lane, Noel, MO  64854.

IT IS SO ORDERED this 28th day of December 2006.

/s/ Beverly Stites Jones
HONORABLE BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE