IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY                                                              PLAINTIFF

        v.                          Civil No. 06-5028

SHERIFF KEITH FERGUSON;
CAPT. HUNTER PETRAY;
LT. CARTER; SGT. C. NANCE, ET AL.                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Brett Beaudry filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on February 15, 2006.  His complaint was filed in forma pauperis (IFP).

On November 15, 2006, defendants filed a motion to compel responses to discovery requests (Doc. 37).  On November 16, 2006, an order was entered (Doc. 39) directing Beaudry to provide the discovery responses to defendants by 5:00 p.m. on December 15, 2006.

On December 21, 2006, defendants filed a motion to dismiss (Doc. 41).  In their motion, defendants assert that the plaintiff failed to provide the required discovery responses.

On December 28, 2006, an order was entered (Doc. 43) directing the plaintiff to show cause by January 12, 2007, why this case should not be dismissed based on his failure to comply with an order of the court and his failure to prosecute the case.

On January 19, 2007, the defendants filed a supplemental motion to dismiss (Doc. 44). In the supplemental motion, defendants assert they still have not received any discovery responses from the plaintiff.  Further, defendants point out the plaintiff has failed to respond to the show cause order.

-1-

On January 23, 2007, mail sent to the plaintiff at his address in Noel, Missouri, was returned to the court as undeliverable. Plaintiff has not informed the court of any change in his address. Plaintiff has not communicated with the court or opposing counsel.

I therefore recommend defendants' motions to dismiss be granted and Beaudry's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of January 2007.

/s/ *J. Marschewski*

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)