```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

BRETT BEAUDRY                                              PLAINTIFF

    v.                    No. 06-5028

SHERIFF KEITH FERGUSON, et al.                            DEFENDANTS

<u>**ORDER**</u>

    Now on this 9th day of February, 2007, comes on to be considered the **Report and Recommendation (Doc. 46)** issued by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Also before the Court is plaintiff's **"Motion of Continu[a]nce" (Doc. 47)**. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On January 25, 2007, the Magistrate Judge issued a Report and Recommendation recommending that this case be dismissed on the grounds that plaintiff had failed to prosecute it and failed to comply with orders of the Court.

    2. On February 8, 2007, plaintiff filed a motion seeking a "continu[a]nce" of his case, stating, "I have not received any documentation on my case until now. I have the proof of the address forwards from the U.S. Postal Service." (Doc. 47.)

    3. Upon due consideration, plaintiff's **Motion (Doc. 47)** is hereby **GRANTED** to the extent that the **Report and Recommendation (Doc. 46)** will **NOT BE ADOPTED** and plaintiff's action will not be dismissed for failure to prosecute. However, plaintiff is advised that any future failure to advise the Court of a change in address

or failure to comply with an order of the Court will justify the dismissal of his complaint.

This action is hereby referred back to Magistrate Judge Marschewski for further proceedings.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE