IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY                                                                                               PLAINTIFF

v.                              Civil No. 06-5028

SHERIFF KEITH FERGUSON;
CAPT. HUNTER PETRAY;
LT. CARTER; SGT. C. NANCE, ET AL.                                                          DEFENDANTS

### ORDER

On November 17, 2006, an order was entered directing the defendants to file a summary judgment motion by January 2, 2007 (Doc. 40). Thereafter, defendants filed a motion to dismiss (Doc. 41), a show cause order was entered (Doc. 43), and a supplemental motion to dismiss filed (Doc. 44). The undersigned then recommended that the case be dismissed based on the plaintiff's failure to prosecute the action and his failure to obey the orders of the court (Doc. 46).

Plaintiff then advised the court his address had changed and he had not received previous communications from the court. For this reason, the report and recommendation was rejected (Doc. 48) and the case re-referred to the undersigned.

It is therefore necessary to re-establish a deadline by which the defendants must file their summary judgment motion. The defendants are directed to file such a motion on or before **May 13, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 6th day of March 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-