IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY                                                                                    PLAINTIFF

v.                                           Civil No. 06-5028

SHERIFF KETIH FERGUSON;
CAPT. HUNTER PETRAY; LT.
CARTER; SGT. C. NANCE; SGT.
SHARP; DEPUTY TOMLIN; CPL.
PLVIT; DEPUTY BURSON;
DEPUTY GREENLEE; DEPUTY
LARKIN; DEPUTY BROWN; DEPUTY
HERNANDEZ; DEPUTY FREE; CPL.
DRAGAVICH; DEPUTY PAUL;
DEPUTY ELBEN; SGT. FAULKENBURY;
JOHN DOE; AND JANE DOE                                                                       DEFENDANTS

**ORDER**

Before the Court is Defendants' Motion to Dismiss (Doc. 41) and Supplemental Motion to Dismiss (Doc. 44). In their Motions to Dismiss, Defendants' seek dismissal of Plaintiff's Complaint do to his failure to respond to a Court Order. This Court agreed Defendants' Motion was proper and entered a Report and Recommendation which recommended Plaintiff's Complaint be dismissed for failure to prosecute. (Doc. 46). However, on February 8, 2007, Plaintiff filed a "Motion for Continu[a]nce," stating he had not been receiving documents filed in his case. The District Court then declined to adopt the Report and Recommendation, and allowed Plaintiff to continue in his action. Accordingly, the Motion to Dismiss (Doc. 41) and Supplemental Motion to Dismiss (Doc. 44) are DENIED as moot.

IT IS SO ORDERED.

DATED: July 26, 2007                                        /s/ *J. Marschewski*
                                                                          HON. JAMES R. MARSCHEWSKI
                                                                          UNITED STATES MAGISTRATE JUDGE