IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY                                                              PLAINTIFF

v.                                    Civil No. 06-5028

SHERIFF KETIH FERGUSON;
CAPT. HUNTER PETRAY; LT.
CARTER; SGT. C. NANCE; SGT.
SHARP; DEPUTY TOMLIN; CPL.
 PLVIT; DEPUTY BURSON;
DEPUTY GREENLEE; DEPUTY
LARKIN; DEPUTY BROWN; DEPUTY
HERNANDEZ; DEPUTY FREE; CPL.
DRAGAVICH; DEPUTY PAUL;
DEPUTY ELBEN; SGT. FAULKENBURY;
JOHN DOE; AND JANE DOE                                                     DEFENDANTS

## ORDER

On May 31, 2007, Defendants filed a summary judgment motion (Doc. 53). To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing an opinion on the summary judgment motion.

For this reason, Brett Beaudry is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **November 12, 2007.** Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 11th day of October 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT BEAUDRY                                                        PLAINTIFF

v.                                    Civil No. 06-5028

SHERIFF KETIH FERGUSON;
CAPT. HUNTER PETRAY; LT.
CARTER; SGT. C. NANCE; SGT.
SHARP; DEPUTY TOMLIN; CPL.
 PLVIT; DEPUTY BURSON;
DEPUTY GREENLEE; DEPUTY
LARKIN; DEPUTY BROWN; DEPUTY
HERNANDEZ; DEPUTY FREE; CPL.
DRAGAVICH; DEPUTY PAUL;
DEPUTY ELBEN; SGT. FAULKENBURY;
JOHN DOE; AND JANE DOE                                             DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO: BRETT BEAUDRY

On May 31, 2007, Defendants filed a Motion for Summary Judgment.  Accordingly, these questions and answers will serve as your response to defendants' motion for summary judgment.. You may use additional sheets of paper in responding to these questions.  You must file this response by **November 12, 2007.**

1.  Are you alleging a custom or policy of Benton County violated your constitutional rights?

Answer: Yes _____  No_____

If "yes," please explain what custom or policy caused your federal constitutional rights to be violated.

_____

_____

_____

_____

    2.       Describe the personal involvement of Sheriff Ferguson in the violation of your

federal civil rights.

_____

_____

_____

_____

    3.  You have alleged two incidents of excessive force by jailers at the Benton County Jail.

One is when you were forced to shave your facial hair and the other was when you were sprayed with

pepper spray.

    Describe your physical injuries from when you were forced to shave your facial hair.

Answer:

_____

_____

_____

_____

    (a) On what dates and from whom did you seek medical care regarding this incident?

_____

_____

_____

_____

    (b) Describe any injuries from this incident for which you are currently being treated.  Attach

all medical records regarding these injuries.

_____

_____

_____

_____

Describe your physical injuries from the <u>pepper spray incident</u>.

Answer:

_____

_____

_____

_____

(c) On what dates and from whom did you seek medical care regarding this incident?

_____

_____

_____

_____

(d) Describe any injuries from this incident for which you are currently being treated.  Attach all medical records regarding these injuries.

_____

_____

_____

_____

4.      You have alleged you were denied access to the law library.  Describe the prejudice or injury you have suffered due to this denial.  Be specific as to Motions or other relevant pleadings you were denied and why those denials were related to the lack of access to the law library.

_____

_____

_____

_____

5.      On what dates were Defendants deliberately indifferent to your medical needs?

_____

_____

_____

_____

(a) For each date listed above, describe your medical need.

_____

_____

_____

_____

(b) Did you submit a grievance or medical request regarding these needs?

Answer: Yes_____   No_____

If yes,  attach a copy of the medical request or grievance.  If no, explain why you did not submit a medical request or grievance.

_____

_____

_____

_____

(c) Are you currently seeking medical treatment for these medical needs?

Answer: Yes_____ No_____

(d) List below all physicians you have seen for these medical needs, the dates, and the outcome of treatment.

_____

_____

_____

_____

6.      You allege you were served an inadequate diet, or a diet with inadequate nutritional content.  Describe below your injuries from this diet.  Attach all medical records.

_____

_____

_____

_____

_____

_____

_____

_____

(a) Are you currently seeking treatment for your injuries due to the inadequate diet?

Answer: Yes_____ No_____

(b) List below all physicians you have seen for injuries related to inadequate diet, the dates,

and the outcome of treatment.

_____

_____

_____

_____

7.      You were allowed to write an objection or state a defense each time you were placed

in lockdown.

Answer:   Agree_____   Disagree_____

If you disagree, explain below.

_____

_____

_____

_____

_____

_____

_____

_____

8.   Explain below how your right to freedom of speech was burdened.  Include what sincerely

held religious belief was burdened.

_____

_____

_____

_____

_____

_____

_____

_____

    9.  Your claims of denial of freedom of speech are related to incidents where you were yelling/acting in a boisterous manner and were told by jailers to be quiet.

    Answer: Agree_____ Disagree_____ Without knowledge to agree or disagree_____

    If you disagree, explain what happened during the incidents where you allege your freedom of speech was violated.

_____

_____

_____

_____

_____

_____

_____

_____

    10.  You received law library time.  Your complaint is that your time was not "as needed," but as allowed by the jailers.

    Answer: Agree____ Disagree____ Without knowledge to agree or disagree_____

    If you disagree, explain below your claim regarding the law library.

_____

_____

_____

_____

_____

_____

_____

_____

      Detail below any further response you would like to make to defendants' summary judgment motion.  If you have exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

      EXECUTED ON THIS _____DAY OF _____2007.

_____

BRETT BEAUDRY