**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**BRETT BEAUDRY**                                                                   **PLAINTIFF**

**v.                        Civil No. 06-5028**

**SHERIFF KEITH FERGUSON;**
**CAPT. HUNTER PETRAY; LT.**
**CARTER, SGT. C. NANCE; SGT.**
**SHARP; DEPUTY TOMLIN; CP.**
**PLVIT; DEPUTY BURSON;**
**DEPUTY GREENLEE; DEPUTY**
**LARKIN; DEPUTY BROWN; DEPUTY**
**HERNANDEZ; DEPUTY FREE; CPL.**
**DRAGAVICH; DEPUTY PAUL;**
**DEPUTY ELBEN; SGT. FAULKENBURY;**
**JOHN DOE, AND JANE DOE**                                                          **DEFENDANTS**

**O R D E R**

NOW on this 17th day of October 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, James R. Marschewski** (document #59, filed September 20, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's Motion for Preliminary Injunction is hereby **denied.**

**IT IS SO ORDERED.**

                                                    **/s/Jimm Larry Hendren**
                                                    **HON. JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**