**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**BRETT BEAUDRY**                                                                                   **PLAINTIFF**

**v.**                                            **Civil No. 06-5028**

**SHERIFF KEITH FERGUSON;**
**CAPT. HUNTER PETRAY;**
**LT.CARTER; SGT.C.NANCE;**
**SGT. SHARP; DEPUTY TOMLIN;**
**CPL. PLVIT; DEPUTY BRYSON;**
**DEPUTY GREENLEE; DEPUTY LARKIN;**
**DEPUTY BROWN; DEPUTY HERNANDEZ;**
**DEPUTY FREE; CPL. DRAGAVICH;**
**DEPUTY PAUL; DEPUTY ELBEN;**
**SGT. FAULKENBURY; JOHN DOE;**
**AND JANE DOE**                                                                                   **DEFENDANTS**

**O R D E R**

Now on this 5th day of March 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #64, filed January 24, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

                                                                   **/s/Jimm Larry Hendren**
                                                                   **HON. JIMM LARRY HENDREN**
                                                                   **UNITED STATES DISTRICT JUDGE**